| In re: Karen L Wright | CASE NO. 19-61430 |
|---|---|
| Debtor(s) | CHAPTER 13 |

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives <u>NOTICE</u> of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| Campbell County<br>PO Box 60700<br>Charlotte, NC 28260 | | | 623.05 |
| Campbell County Public Safety<br>34 Communications Ln<br>Rustburg, VA 24588 | | | 623.05 |
| Campbell County Treasurer<br>Robin F. Jefferson, Treasurer<br>PO Box 37<br>Rustburg, VA 24588 | | | 127.40 |
| CVCC<br>3506 Wards Road<br>Lynchburg, VA 24502 | | | notice only |
| First Virginia Financial<br>3226 Old Forest Rd<br>Lynchburg, VA 24501 | | | 410.00 |
| Speedy Cash<br>PO Box 780408<br>Wichita, KS 67278 | | | 529.05 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197 | | | 1,114.81 |

/s/ Karen L Wright
Karen L Wright
(Debtor must sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

### CERTIFICATION

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees. I further certify that a true copy of this Notice was duly mailed on __September 30, 2019__, to the Court, debtor, trustee, U.S. Trustee, and, if the §341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the §341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable.

Dated: __September 30, 2019__    Signed: /s/ Stephen E. Dunn

Note: ALL amendments must be accompanied by a THIRTY-ONE DOLLARS ($31.00) filing fee payable to **Clerk, U. S. Bankruptcy Court**.

nas13.frm - 02/08/17

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Personal checks are not accepted. **If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if pro-se, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.**